IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:20-531 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(e) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| **KARLOS DEMOND GIBSON-BROWN** | ) | **INFORMATION** |

## COUNT ONE

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 31, 2020, in the District of South Carolina, Defendant, **KARLOS DEMOND GIBSON-BROWN**, knowingly possessed a firearm and ammunition in and affecting commerce, to wit, a New England Firearms, model R73, .32 caliber revolver and .32 caliber ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

1

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Information, the Defendant, **KARLOS DEMOND GIBSON-BROWN**, shall forfeit to the United States all of the Defendant's rights, titles, and interest in:

(a) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

(1) involved in or used in any knowing violation of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for offense charged in this Information includes, but is not limited to, the following:

A. Firearm:

New England Firearms, Model R73, .32 caliber revolver
(Serial Number: NK001251)

B. Ammunition:

Miscellaneous rounds of .32 caliber ammunition

Pursuant to Title 18, United States Code, 924(d)(1) and Title 28, United States Code, Section 2461(c).

_____
PETER M. MCCOY, JR. (ebd)
UNITED STATES ATTORNEY

2