# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.                                                                CASE NO. 3:20-531

KARLOS DEMOND GIBSON-BROWN

## PLEA

The Defendant, KARLOS DEMOND GIBSON-BROWN, acknowledges receipt of a copy of the Information and after arraignment pleads guilty in open court.

_____
(Signed) Defendant

Columbia, South Carolina
_10/6/2020_____, 2020